**Daniel SCHEUERMAN, Plaintiff–Appellant,**

v.

**K. BOZMAN, Case Management; Kathleen Green, Warden of the Eastern Correction Institution, Defendants–Appellees.**

No. 10–6401.

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 9, 2010.

Daniel Scheuerman, Appellant Pro Se. Nichole' Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Scheuerman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Scheuerman v. Bozman,* No. 8:09–cv–01386–DKC, 2010 WL 761125 (D.Md. Mar. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*